## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

David Wayne Poydras
T.U., Upper-F-1 DOC No. 115750
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: September 19, 2012**

**Docket Number: 11   00838-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DAVID WAYNE POYDRAS**

**Writ Application from Lafayette Parish Case No. 52685**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Wayne Poydras** has this day been

**DENIED.**

cc: Michael Harson, Counsel for  the Respondent